## UNTIED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7, No. 12-50567-AHWS |
|  | ) |  |
| MUNSON BUILDERS, INC. | ) |  |
|  | ) |  |
| Debtor | ) |  |

### TRUSTEE'S NOTICE OF INTENT TO SELL THE ESTATE'S INTEREST IN THE DEBTOR'S ASSETS (CONSISTING OF VEHICLES, EQUIPMENT, AND TRADE NAME), AND OPPORTUNITY TO MAKE BETTER AND HIGHER OFFER

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that George I. Roumeliotis, Chapter 7 Trustee of the above-captioned estate, intends to sell the bankruptcy estate's interest in the assets listed on the attached Exhibit "A" ("Property"), at a private sale to Calvin Munson (or to a nominee which he may appoint), of 1410 S. Pine Creek Road, Fairfield, Connecticut ("Proposed Buyer"), for the total sum of $72,000.00 ("Purchase Price"). The Proposed Buyer is the principal officer and shareholder of the Debtor.

The Property is being sold free and clear of liens and encumbrances. The Trustee is not aware of any liens or encumbrances on the Property.

Contemporaneously herewith, the Trustee is filing a Motion to Sell the Property Free and Clear of Liens and Encumbrances ("Motion"), which includes further terms and conditions as set forth in an attached Asset Purchase Agreement between the Trustee and the Proposed Buyer. The Proposed Buyer has paid a $7,200.00 deposit for the purchase of the Property, with the balance of $64,800.00 to be paid in good funds upon the delivery of a bill of sale from the bankruptcy estate to the Proposed Buyer on or before 30 days after the Court approves the Motion. A copy of the Motion and any hearing notice issued thereon will be served on all creditors and parties in interest.

THIS NOTICE IS GIVEN to permit parties in interest to submit higher or better offers for the Property or to object to the intended sale of the Property. Any person wishing to submit a

higher or better offer or to object to such sale, or its terms and conditions, should file an
objection to such sale (or counteroffer, as the case may be) with the Clerk of the United States
Bankruptcy Court at 915 Lafayette Boulevard, Connecticut 06604, not later than
_____4:00 pm_____ on _____May 15th_____. _____, 2015. In
addition, a copy of the higher and better offer or objection should be served on the Trustee,
George I. Roumeliotis, 100 Pearl Street, 14th Floor, Hartford, Connecticut 06103,
george@roumeliotislaw.com, by the time and date set for submitting higher and better offers or
filing such objections with the Clerk of the Bankruptcy Court. Any higher or better offer must
be at least 5% higher than the proposed purchase price to be paid by the Proposed Buyer, and
must be accompanied by a deposit of at least ten percent (10%) of the higher and better offer. In
the event that a timely higher or better offer or an objection is filed, a hearing will be held on the
sale at _____10:00_____ a.m./p.m. on _____May 19th_____, 2015,
at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Boulevard,
Bridgeport, Connecticut. If no higher or better offer or objections are filed with the Clerk of the
Court, and served upon the Trustee, the Court may act on the Motion without a hearing. Any
objections not timely filed with the Clerk of the Court and served upon the Trustee may be
deemed waived.

Any questions concerning the proposed sale may be directed to the undersigned.

GEORGE I. ROUMELIOTIS, TRUSTEE

Dated: April 24, 2015

By: /s/ George I. Roumeliotis
GEORGE I. ROUMELIOTIS, ESQ.
(CT17532)
For ROUMELIOTIS LAW GROUP, P.C.
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel. (860) 249-7124
Fax (888) 851-4304
george@roumeliotislaw.com

2

## Exhibit "A"

1.    The trade name "Munson Builders"

2.    2002 Chevy Suburban

3.    2000 International Truck

4.    2005 Hudson Trailer

5.    2004 John Deere 50 Mini

6.    1986 John Deere 410 Backhoe

7.    Compactor

8.    1997 Ingersoll Rand Forklift

9.    1974 Box Van

10.   1988 JD 455 Loader

11.   1998 JD 310 Backhoe

12.   1995 JD 450 Dozer

13.   1998 JD 200 LC

14.   2003 JD 250 Skid Steer